IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 16-cv-618-jdp

JASON L. KRUEGER, and
MARATHON COUNTY CLERK
OF CIRCUIT COURT,

    Defendants.

## ORDER OF DISMISSAL

The plaintiff, United States of America, having moved this court to dismiss the above-captioned case without prejudice under Fed. R. Civ. P. 41(a)(2),

IT IS HERBY ORDERED that this case is dismissed without prejudice, subject to reopening, upon motion of the plaintiff, in the event the bankruptcy proceeding is not dispositive with regard to all issues herein.

Entered this 26TH day of SEPTEMBER, 2017.

BY THE COURT:

JAMES D. PETERSON
United States District Judge
Western District of Wisconsin